# IN THE UNITED STATES DISTRICT COURT FOR
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CR. NO. 11-00116-CG |
| RICHARD WAYNE BRUCE, | * | |
| Defendant. | * | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** <u>nunc pro tunc</u> Standard Condition of Supervision number two of the judgment entered in the above styled case on October 31, 2011 (Doc. 26), to read as follows:

"2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;"

**DONE and ORDERED** this 3rd day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE